NOT FOR PUBLICATION (Doc. No. 21)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DARRELL MOORE, | : | |
| Plaintiff, | : | Civil No. 09-2284 (RBK/JS) |
| v. | : | **ORDER** |
| JOSEPH CUTTRE, et al., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon the motion to dismiss Plaintiff Darrell Moore's ("Plaintiff") claims against Defendants in their official capacity [Doc. No. 21] filed by Defendants Sergeants Friend and Maschaski and Corrections Officers Hearly, Muhammed, Mulutin, and Yasosky (collectively, "Defendants"); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiff's official capacity claims is **GRANTED**.

Date: 6-23-2010                              /s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge